UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

NOORULLAH AHMADZAI PETITIONER

VERSUS CIVIL ACTION NO. 5:26-CV-253-DCB-RPM

R. VERGARA RESPONDENT

**ORDER DIRECTING STATUS UPDATE**

This matter is before the Court *sua sponte*. On March 30, 2026, Noorullah Ahmadzai filed a [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner is a native and citizen of Afghanistan. At the time the petition was filed, he was an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi. On July 3, 2025, an Immigration Judge ordered Petitioner removed to Afghanistan. Petitioner did not appeal; therefore, the order of removal became final on August 5, 2025. Respondent filed an answer on July 16, 2026. According to Respondent, the Government is in the process of seeking to remove Petitioner to Afghanistan. Given the length of time Petitioner has been detained following his final order of removal, and considering controlling precedent of *Zadvydas v. Davis*, 533 U.S. 678 (2001), the Court directs Respondent to provide an update regarding Petitioner's removal. This response should include a description of efforts that have been made to effectuate his removal.

IT IS THEREFORE ORDERED that, **on or before November 10, 2026**, Respondent shall file a status update in compliance with this Order.

SO ORDERED AND ADJUDGED, this the 20th day of October 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE